MARSHALL McCABE, Respondent, *v.* ROSOFF HAULAGE COMPANY, Appellant.

(Argued March 26, 1929; decided April 16, 1929.)

*Lyman A. Spalding, Arthur McCausland* and *William J. Nolan* for appellant.
*James M. Gorman* and *Paul Speer* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs

in all courts upon the ground that the plaintiff has failed to prove that the accident occurred without negligence on his part contributing thereto; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.